November 8, 1954.

No. 118. Garcia v. Landon, District Director, Immigration and Naturalization Service. Certiorari, 347 U. S. 1011, to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The judgment of the Court of Appeals is vacated and the case is remanded to the District Court with directions to dismiss the petition

for writ of habeas corpus upon the ground that the cause is moot. *Harry Wolpin* and *A. L. Wirin* for petitioner. *Solicitor General Sobeloff* for respondent.